IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO ZARAZUA,

    Petitioner,                    No. 2:12-cv-1500 JAM EFB P

    vs.

RALPH DIAZ,

    Respondent.                ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has requested an extension of time to file his reply in support of his motion to dismiss. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's request (Dckt. No. 15) is granted and respondent has until February 21, 2013 to file his reply.

Dated: January 22, 2013.

                                       /s/ Edmund F. Brennan
                                       EDMUND F. BRENNAN
                                       UNITED STATES MAGISTRATE JUDGE