IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SERGIO ZARAZUA,

      Petitioner,               No. 2:12-cv-1500 JAM EFB P

     vs.

RALPH DIAZ,

      Respondent.         ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Respondent has requested an extension of time to file his reply in support of his motion to dismiss. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that respondent's request (Dckt. No. 15) is granted and respondent has until February 21, 2013 to file his reply.

Dated: January 22, 2013.

                                        EDMUND F. BRENNAN
                                        UNITED STATES MAGISTRATE JUDGE